IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01492-KLM

FUEL AUTOMATION STATION, LLC,

   Plaintiff,

v.

FRAC SHACK, INC,

   Defendant.

_____/

## MOTION TO RESTRICT PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

  Pursuant to D.C.COLO.LCivR 7.2, Fuel Automation Station LLC moves to maintain Level 1 restricted access to the unredacted version of Fuel Automation Station's Response to Frac Shack's Motion to Dismiss All Claims.

  On July 13, 2019, Plaintiff Fuel Automation Station, LLC and Defendant Frac Shack, Inc entered into a confidential, written settlement agreement ("the Agreement"), in which the parties reached a complete settlement of two patent infringement lawsuits that had been pending in the United States District Courts for the District of Colorado and the Southern District of Texas. This matter involves an action for breach of that Agreement. Plaintiff seeks to have references to the confidential agreement in the Response, restricted from public access.

  According to D.C.COLO.LCivR 7.2,

> A motion to restrict public access shall be open to public inspection and shall:
> (1) identify the document or the proceeding for which restriction is sought;
> (2) address the interest to be protected and why such interest outweighs the presumption of public access (stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction);

1

>   (3) identify a clearly defined and serious injury that would result if access is not restricted;
>   (4) explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question (e.g., redaction, summarization, restricted access to exhibits or portions of exhibits); and
>   (5) identify the level of restriction sought.

The parties have an interest in preserving the confidentiality of their settlement agreement. See, e.g., *Early v. Aurora Corp. Plaza, LLC*, No. 16-cv-4174-DDC-KGG, 2017 U.S. Dist. LEXIS 127375, at *2 (D. Kan. Aug. 10, 2017) (recognizing that "the interest in preserving the result of confidential settlement negotiations outweighs the public interest in accessing the settlement agreement"). Moreover, allowing a confidential settlement agreement to become public would chill future settlement efforts. And allowing the public to see the Agreement would be further prejudicial to both parties from a business standpoint, as it could allow the parties' competitors and customers to gain access to sensitive and confidential competitor information.

Regarding alternatives to restriction, Plaintiff has filed a redacted version of Plaintiff's Response to Defendant's Motion to Dismiss All Claims for public access. But Plaintiff seeks to have the Response restricted to Level 1 restriction.

                                                Respectfully Submitted,

Dated: September 15, 2020        /s/ Steven Susser
                                          Steven Susser
                                          Alex Szypa
                                          CARLSON, GASKEY & OLDS, PC
                                          400 W. Maple Rd., Suite 350
                                          Birmingham, MI 48009
                                          Telephone: (248) 988-8360
                                          Facsimile: (248) 988-8363
                                          ssusser@cgolaw.com
                                          aszypa@cgolaw.com

                                          *Attorneys for Plaintiff Fuel Automation Station, LLC*

# CERTIFICATE OF SERVICE

       I hereby certify that on September 15, 2020, I electronically filed Plaintiff's Motion to Restrict Response to Defendant's Motion to Dismiss All Claims with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: September 15, 2020          /s/ Steven Susser
       Steven Susser
       Alex Szypa
       CARLSON, GASKEY & OLDS, PC
       400 W. Maple Rd., Suite 350
       Birmingham, MI 48009
       Telephone: (248) 988-8360
       Facsimile: (248) 988-8363
       ssusser@cgolaw.com
       aszypa@cgolaw.com