IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01492-STV

FUEL AUTOMATION STATION, LLC,

    Plaintiff,

v.

FRAC SHACK INC.,

    Defendant.

## ORDER

Entered By Magistrate Judge Scott T. Varholak

    This matter is before the Court on Motion to Amend Scheduling Order (the "Motion"). [79] Good cause appearing, the Motion is **GRANTED** and the Scheduling Order [#46] is **AMENDED** as follows:

### 9. CASE PLAN AND SCHEDULE

    f. Deadline for Joinder of Parties and Amendment of Pleadings: May 14, 2021 (45 days from the scheduling conference)

    g. Discovery Cut-off:

        Fact: 60 days from Order on Plaintiff's Motion for Partial Summary Judgment (previously September 30, 2021); Expert: 3 weeks from close of fact discovery (previously October 21,2021)

    h. Dispositive Motion Deadline:

        3 weeks from the close of expert discovery (previously November 12, 2021)

    i. Expert Witness Disclosure

        1. The parties shall identify anticipated fields of expert testimony, if any.

    Damages and patent licensing (Plaintiff may object to the use of a patent licensing expert but reserves the right to call its own should one be allowed)

2. Limitations which the parties propose on the use or number of expert witnesses.

    Two experts per side

3. The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before the date

    Two weeks before the close of fact discovery (previously September 17, 2021).

    *[This includes disclosure of information applicable to "Witnesses Who Must Provide a Written Report" under Rule 26(a)(2)(B) and information applicable to "Witnesses Who Do Not Provide a Written Report" under Rule 26(a)(2)(C).]*

4. The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before the date

    Three weeks from the deadline to designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) (previously October 8, 2021).

    [This includes disclosure of information applicable to "Witnesses Who Must Provide a Written Report" under Rule 26(a)(2)(B) and information applicable to "Witnesses Who Do Not Provide a Written Report" under Rule 26(a)(2)(C).]

    The Final Pretrial Conference set for 1/18/2022 09:30 AM is **VACATED** to be reset after a ruling on the pending Partial Motion for Summary Judgment [#53].

DATED: September 30, 2021                  BY THE COURT:

                                                        s/Scott T. Varholak
                                                        United States Magistrate Judge