IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FUEL AUTOMATION STATION, LLC,<br><br>  Plaintiff,<br><br>V.<br><br>FRAC SHACK INC.,<br><br>  Defendant. | CASE NO.: 1:20-CV-01492-STV<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S NOTICE OF NAME CHANGE AND
UNOPPOSED MOTION TO CORRECT DOCKET AND CASE CAPTION**

Defendant FRAC SHACK INC. hereby advises the Court that effective September 13, 2021, Plaintiff is now known as Energera Inc.  *See* Exhibit 1.  There was no change to Defendant's corporate structure only a change to its name. Accordingly, Defendant moves to correct the docket and caption of this case to reflect its new name, Energera Inc.

Defendant has contacted counsel for Plaintiff. He does not oppose this Motion.

DATED:  January 12, 2022

Respectfully submitted,

/s/ *Jeff Parks*
Corby R. Vowell
Jonathan T. Suder
Jeffrey D. Parks
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
817-334-0400
Fax: 817-334-0401
vowell@fsclaw.com
jts@fsclaw.com
parks@fsclaw.com

**ATTORNEYS FOR DEFENDANT
FRAC SHACK INC.**

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th of January, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Colorado, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                    /s/ *Jeff Parks*