**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 20-cv-01492-STV

FUEL AUTOMATION STATION, LLC,

    Plaintiff,

v.

ENERGERA, INC.,

    Defendant.

---

**TRIAL PREPARATION CONFERENCE ORDER**

---

Entered by U.S. Magistrate Judge Scott T. Varholak

    It is hereby **ORDERED** that this matter is set for a three-day Jury Trial in the United States District Court for the District of Colorado beginning on **March 14, 2023**, **at 8:30 a.m.**, in Courtroom A-402, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.   Please remember that anyone seeking entry into the courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2(b).

    It is further **ORDERED** that a Trial Preparation Conference is set before Magistrate Judge Scott T. Varholak on **March 2, 2023**, **at 9:00 a.m.,** in Courtroom A-402, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    It is further **ORDERED**, pursuant to Section VI of Magistrate Judge Varholak's Civil Practice Standards, the parties may file a single motion *in limine* each, on or before **February 16, 2023.**   The parties shall begin meeting and conferring regarding proposed jury instructions and verdict forms at least **30 days** prior to the Trial Preparation Conference.   On or before **February 16, 2023**, the parties shall jointly file on the Electronic Court Filing system and submit in Microsoft Word format via email to Varholak_Chambers@cod.uscourts.gov proposed jury instructions and verdict form(s) using the Court's required format.   On or before **February 23, 2023**, each party shall file a memorandum explaining its position with regard to each competing and each non-stipulated jury instruction and non-stipulated verdict form.   The parties shall file proposed witness and exhibit lists on the Electronic Court Filing system on or before **February 23, 2023** using the Court's preferred format.   **Two days after the witness lists are filed**, each party shall file a statement estimating the amount of time that will be required for its

cross-examination of each of the opposing party's witnesses.  On or before **February 23, 2023**, the parties shall exchange the exhibits listed on their trial exhibit lists.  The parties must comply with the formatting requirements of Section VI of Magistrate Judge Varholak's Civil Practice standards in the preparation and submission of all of the foregoing documents.

It is further ORDERED that the parties shall file any proposed *voir dire* questions for the Court to ask the venire on or before **February 23, 2023**.   If filed, trial briefs shall be filed on or before **February 28, 2023**.

DATED: July 12, 2022                                        BY THE COURT:

                                                         s/Scott T. Varholak
                                                         United States Magistrate Judge