IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
| Date: April 26, 2023 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-01492-STV

*Parties*:  *Counsel*:

FUEL AUTOMATION STATION LLC        Steven Susser

    Plaintiff,

v.

ENERGERA INC.        Jeffrey Parks

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**
**Court in session:   2:06 p.m.**
Court calls case. Appearance of counsel.

This matter is before the court on the Plaintiff's Motion to Amend Final Judgment [ECF Doc. No. 192, filed 3/30/2023].

For reasons stated on the record, it is

**ORDERED:**        The Plaintiff's Motion to Amend Final Judgment [ECF Doc. No. 192] is **DENIED**.

HEARING CONCLUDED.

**Court in recess:**     2:08 p.m.
Time In Court:     00:02

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4596 OR AB Court Reporting & Video, Inc. at (303)629-8534.