IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| FUEL AUTOMATION STATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ENERGERA, INC. <br><br> Defendant. | Case No.: 1:20-cv-01492-STV |

**AGREED MOTION FOR LEAVE TO RESTRICT ORDER**

On July 13, 2019, Plaintiff Fuel Automation Station, LLC and Defendant Energera, Inc. (f/k/a Frac Shack, Inc.) entered into a confidential, written settlement agreement ("the Agreement"). This matter involves an action for breach of that Agreement. The parties seek to have the references to the Agreement in the Court's Order [Dkt. 230] ("Order") restricted from public access.

The parties have an interest in preserving the confidentiality of their settlement agreement. See, e.g., *Early v. Aurora Corp. Plaza, LLC*, No. 16-cv-4174-DDC-KGG, 2017 U.S. Dist. LEXIS 127375, at *2 (D. Kan. Aug. 10, 2017) (recognizing that "the interest in preserving the result of confidential settlement negotiations outweighs the public interest in accessing the settlement agreement"). Moreover, allowing a confidential settlement agreement to become public would chill future settlement efforts. This Court has previously permitted restrictions to access to the Agreement.

Therefore, Defendant seeks to have the unredacted version of the Order restricted to Level 1 restriction. Attached hereto as Exhibit A is the redacted version of the Order for public access. The parties have conferred and are in agreement on the proposed redacted version.

1

Dated: September 26, 2023

Respectfully submitted,

*/s/ Jeff Parks*
Jonathan T. Suder
TX State Bar No. 19463350
Jeffrey D. Parks
TX State Bar No. 24076607
Friedman, Suder & Cooke
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
parks@fsclaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on September 26, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeff Parks*

2