IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01492-KLM

FUEL AUTOMATION STATION, LLC,

        Plaintiff,

v.

FRAC SHACK, INC,

        Defendant.
_____/

**JOINT MOTION TO RESTRICT AMENDED ORDER (DOCUMENT 239)**

Pursuant to D.C.COLO.LCivR 7.2, and the Court's Minute Order (Document #240), the parties hereby submit this joint motion to restrict the Court's Amended Order [Document #239], and attach a proposed, redacted version of the Amended Order as Exhibit 1 including the parties' redactions.

On July 13, 2019, Plaintiff Fuel Automation Station, LLC and Defendant Frac Shack, Inc entered into a confidential, written settlement agreement ("the Agreement"), in which the parties reached a complete settlement of two patent infringement lawsuits that had been pending in the United States District Courts for the District of Colorado and the Southern District of Texas. This matter involves an action for breach of that Agreement. The parties seek to have references to the Agreement in the Amended Order [Document #239] restricted from public access.

According to D.C.COLO.LCivR 7.2,

> A motion to restrict public access shall be open to public inspection and shall:
>
> (1) identify the document or the proceeding for which restriction is sought;

1

> (2) address the interest to be protected and why such interest outweighs the presumption of public access (stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restriction);
>
> (3) identify a clearly defined and serious injury that would result if access is not restricted;
>
> (4) explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question (e.g., redaction, summarization, restricted access to exhibits or portions of exhibits); and
>
> (5) identify the level of restriction sought.

Here, the parties seek restriction level one of the Court's Amended Order granting in part and denying in part Plaintiff's Motion for Attorneys' Fees and Costs. [Document #196] Namely, the parties seek restriction of the portions of that order that recite or refer to portions of the confidential settlement agreement. The parties have an interest in preserving the confidentiality of their settlement agreement. See, e.g., *Early v. Aurora Corp. Plaza, LLC*, No. 16-cv-4174-DDC-KGG, 2017 U.S. Dist. LEXIS 127375, at *2 (D. Kan. Aug. 10, 2017) (recognizing that "the interest in preserving the result of confidential settlement negotiations outweighs the public interest in accessing the settlement agreement"). Moreover, allowing a confidential settlement agreement to become public would chill future settlement efforts. And allowing the public to see the Agreement would be further prejudicial to both parties from a business standpoint, as it could allow the parties' competitors and customers to gain access to sensitive and confidential competitor information.

Attached as Exhibit 1, is a proposed, redacted version of the Order [#239] for public access.

Dated: October 26, 2023                           Respectfully Submitted,

| /s/ Steven Susser<br>Steven Susser<br>Alex Szypa<br>CARLSON, GASKEY & OLDS, PC<br>400 W. Maple Rd., Suite 350<br>Birmingham, MI 48009<br>(248) 988-8360<br>Fax (248) 988-8363<br>ssusser@cgolaw.com<br>aszypa@cgolaw.com<br><br>*Attorneys for Plaintiff* | /s/ Jeffrey D. Parks<br>Jonathan T. Suder<br>TX State Bar No. 19463350<br>Jeffrey D. Parks<br>TX State Bar No. 24076607<br>Friedman, Suder & Cooke<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>(817) 334-0400<br>Fax (817) 334-0401<br>jts@fsclaw.com<br>parks@fsclaw.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I certify that on October 26, 2023, I filed the foregoing document: Joint Motion To Restrict Amended Order (Document #239) via the Court's ECF electronic filing system which will serve all counsel of record.

/s/ Steven Susser
Steven Susser
Alex Szypa
CARLSON, GASKEY & OLDS, PC
400 W. Maple Rd., Suite 350
Birmingham, MI 48009
(248) 988-8360
Fax (248) 988-8363
ssusser@cgolaw.com
aszypa@cgolaw.com

*Attorneys for Plaintiff*